JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW KAUFMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON CONTROLS FIRE PROTECTION LP, a Limited Partnership; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:25-CV-09426-FMO-PD<br><br>**ORDER GRANTING JOINT STIPULATION [19] TO REMAND CASE TO STATE COURT AND AMEND COMPLAINT** |

**ORDER GRANTING JOINT STIPULATION TO REMAND AND AMEND COMPLAINT**

# ORDER

Having considered the Joint Stipulation to Remand Case to State Court and Amend Complaint ("Stipulation") between Plaintiff Matthew Kaufman ("Plaintiff") and Defendant Johnson Controls Fire Protection LP ("Defendant") (collectively, the "Parties"), and good cause appearing therefor, this Court hereby GRANTS the Parties' Stipulation in its entirety and ORDERS as follows

1. This action shall be remanded to Ventura County Superior Court;
2. Within ten (10) court days of remand, Plaintiff will file the First Amended Complaint attached as Exhibit A to the Stipulation; and
3. Each Party to bear its own attorneys' fees and costs with respect to the removal and subsequent remand of Plaintiff's Class Action pursuant to this stipulation and order.

**IT IS SO ORDERED.**

Dated: November 7, 2025

　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　Hon. Fernando M. Olguin
　　　　　　　　　　　　　　　　　United States District Judge

**ORDER GRANTING JOINT STIPULATION TO REMAND AND AMEND COMPLAINT**